# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 478 WAL 2014
                             :
                  Respondent :
                             : Petition for Allowance of Appeal from the
                             : Order of the Superior Court
               v.            :
                             :
                             :
                             :
LONNIE DALE WINGROVE, JR.,   :
                             :
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.